**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN HANSEN. | No. ED CV 16-00459-VBF |
| Plaintiff, | ORDER |
| v. | **Dismissing Action with Prejudice Pursuant to Parties' Joint Stipulation** |
| X. PARKHURST (Correctional Officer),<br>M. MIKE (Correctional Sergeant),<br>E. KELLY (Correctional Custody Captain),<br>G. WHEELER (Correctional Receiving Sergeant),<br>V. ALLEN (Associate Warden),<br>F. CORTEZAR (Correctional Lieutenant),<br>A. SCOTT-BARRON (Acting Chief Deputy Warden),<br>N. MCDOWELL (Warden),<br>R. BRIGGS (Appeals Examiner),<br>M. VOONG (Acting Chief, Appeals Branch), and<br>J. BEARD (Secretary, Calif. Dep't Corrs. & Rehab.), | **Terminating & Closing the Case (JS-6)** |
| Defendants. | |

This is an action for redress of alleged civil-rights violations pursuant to 42 U.S.C. section 1983. On March 2, 2017, all parties jointly filed a stipulation stating in its entirety as follows

Plaintiff Bryan Hansen and Defendants X. Parkhurst et al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Doc 65 at 1. Pro se plaintiff Hansen signed on his own behalf on March 1, 2017, while State of California Deputy Attorney General Colin A. Shaff signed on behalf of all defendants. *See id.* at 1-2.

ORDER

This action is **DISMISSED WITH PREJUDICE** per Fed. R. Civ. P. 41(a)(1)(A)(I).

Defendants' motion to dismiss the amended complaint **[Doc #46] is DISMISSED as moot.**

Each party shall bear its own litigation costs and attorney's fees.

This action shall be **TERMINATED and closed (JS-6).**

Dated: Friday, March 31, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE